# IN THE SUPREME COURT OF THE STATE OF NEVADA

| IN THE MATTER OF THE DISABILITY INACTIVE STATUS OF MADISON GREGOR, BAR NO. 12756. | No. 77525 |
|---|---|

**FILED**

DEC 2 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER TRANSFERRING ATTORNEY
## TO DISABILITY INACTIVE STATUS

The State Bar and attorney Madison Gregor have petitioned this court for an order transferring Gregor to disability inactive status based on proof that she is incapable of continuing the practice of law or participating in any ongoing disciplinary investigation due to medical conditions that impair her mental capacity. *See* SCR 117(2). Having reviewed the petition, we conclude that the relief requested in the petition is warranted. Accordingly, Gregor is transferred to disability inactive status. Gregor may not resume active status until she files a petition for reinstatement as provided in SCR 117(4) and is reinstated by order of this court. In light of this order, any pending disciplinary investigation of Gregor is suspended. SCR 117(2).

18-909892

Gregor shall comply with SCR 115. *See* SCR 117(7). If she is not able to comply with SCR 115 due to her disability, the State Bar shall proceed under SCR 118. *Id.* The State Bar shall comply with SCR 121.1.[1]

It is so ORDERED.

_____, C.J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Bar Counsel, State Bar of Nevada
Madison Gregor
Executive Director, State Bar of Nevada
Admissions Office, United States Supreme Court

---

[1]This order constitutes our final disposition of this petition. This order shall be public but all other aspects of this matter shall remain confidential. Any further proceedings shall be docketed under a new docket number.